UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-20048-CR-COOKE

UNITED STATES OF AMERICA

vs.

MARVIN HOLLINGER,

        Defendant.

_____/

**FACTUAL PROFFER**

The United States of America and Defendant MARVIN HOLLINGER (the "Defendant") agree that, were this case to proceed to trial, the United States would prove beyond a reasonable doubt the following facts, among others, which occurred, in the Southern District of Florida:

On or about September 30, 2016, the Defendant and co-conspirator Sebastian Dixon, Jr. ("Dixon") viewed various sports utility vehicles and trucks at Krause Ford and AutoNation Chevrolet in Alpharetta, Georgia, and stole the key fobs for certain of those vehicles. Salespeople from both Krause Ford and AutoNation Chevrolet identified the Defendant and Dixon as viewing the various sports utility vehicles and trucks on or about September 30, 2016. In addition, a telephone number used by the Defendant was provided to Krause Ford when they viewed the vehicles on or about September 30, 2016.

On or about October 1 and 2, 2016, the Defendant returned to Krause Ford in Alpharetta, Georgia and caused the following two vehicles to be stolen: one blue 2016 Ford F250, with Vehicle Identification Number 1FT7W2BT8GED08465; and one blue 2016 Ford F150, with Vehicle Identification Number 1FTEW1EG0GFD30941. On or about October 1 and 2, 2016, the Defendant returned to AutoNation Chevrolet in Alpharetta, Georgia and caused the following three

vehicles to be stolen: one brown 2016 Chevrolet Suburban, with Vehicle Identification Number 1GNSKJKC5GRR269821; one black 2016 Chevrolet Silverado, with Vehicle Identification Number 1GC4K0E84GF274464; and one black 2016 Chevrolet Tahoe, with Vehicle Identification Number 1GNSCCKC1GR472536.

On or about October 2, 2016, the Defendant caused the brown 2016 Chevrolet Suburban, with Vehicle Identification Number 1GNSKJKC5GRR269821, which he knew had been stolen in Georgia, to be transported from Georgia to the Defendant's residence in Miami Gardens, Florida.

On or about November 2, 2016, the Defendant possessed and stored at his residence in Miami Gardens, Florida, the brown 2016 Chevrolet Suburban, with Vehicle Identification Number 1GNSKJKC5GRR269821, which he knew had been stolen in Georgia.

These are not the only facts known to the United States of America in this matter, nor are they all of the facts that the United States of America would present, had this case gone to trial. The parties stipulate that these facts prove the offense charged in Count 1 beyond a reasonable doubt.

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: 8/3/2020          By: _____
                             STEPHANIE HAUSER
                             ASSISTANT UNITED STATES ATTORNEY

Date: 8/3/2020          By: _____
                             ZELJKA BOZANIC
                             ATTORNEY FOR DEFENDANT

Date: 8/3/2020          By: _____ on behalf of
                             MARVIN HOLLINGER   client due
                             DEFENDANT          to covid-19

2